**No. 54682.**—J. & H. Baer, Inc., et al. v. United States, protests 147918–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54683.**—The Allan Co. v. United States, protest 124873–K/836 (Chicago).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the miniature leather gloves the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of plaintiff was sustained.

**No. 54684.**—Chan Kee Co. et al. v. United States, protests 101074–K, etc. (San Francisco).

Opinion by COLE, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, SEPTEMBER 26, 1950

**No. 54685.**—W. T. Grant Co. v. United States, protests 537348–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 54686.**—American European Agency et al. v. United States, protests 158830–K, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

**No. 54687.**—I. Bauer, Inc. v. United States, protest 158024–K (New York).

Opinion by FORD, J.   The record establishing that certain items of the merchandise consist of mats composed wholly of sisal fibers, which sisal fibers are similar in all material respects as the sisal fibers contained in the handbags the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.